UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61422-CIV-DAMIAN

HOWARD MICHAEL CAPLAN,

     Plaintiff,

v.

ALLSTAR AUTOWORKS INC. and
K.S. DOW HOLDINGS LLC,

     Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 14] ("Stipulation"), filed October 17, 2024.

THE COURT having reviewed the Stipulation and being otherwise fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

ORDERED AND ADJUDGED as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own fees and costs.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any pending motions, including Plaintiff's Motion to Strike [**ECF No. 12**], are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

5. The Status Conference set for November 1, 2024, is **CANCELED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 17th day of October, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE